FILE COPY

No. 07-15-00090-CV

| | | |
|---|---|---|
| Evangelos Pagonis<br>Appellant | § | From the County Court<br>of Hartley County |
| | § | |
| v. | | August 10, 2015 |
| | § | |
| Catherine Thomas<br>Appellee | § | Opinion by Justice Hancock |

**J U D G M E N T**

Pursuant to the opinion of the Court dated August 10, 2015, it is ordered, adjudged and decreed that the county court's judgment is vacated and this appeal is dismissed for want of jurisdiction.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those which may have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o